Joseph SCHULMAN, Plaintiff-Appellant, v. GRAHAM MOTORS, Incorporated, Defendant-Appellee.

No. 152.

Circuit Court of Appeals, Second Circuit.

Dec. 10, 1936.

Sparrow & Kristal, of New York City (Maxwell E. Sparrow and Robert M. Kristal, both of New York City, of counsel), for appellant.

J. King Harness, and Arthur W. Dickey, both of Detroit, Mich., and Thomas J. Byrne, of New York City, for appellee.

**1012**

Before MANTON, L. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Decree affirmed in open court.